IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD AND GEORGIA HELTERBRAN,<br><br>           Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA,<br><br>           Defendant. | CV 20-184-BLG-SPW-TJC<br><br>**ORDER** |

Defendant moves for the admission of Dianna C. Wyrick to practice before this Court in this case with Daniel J. Auerbach to act as local counsel. (Doc. 9.) Ms. Wyrick's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Dianna C. Wyrick pro hac vice is GRANTED on the condition that Ms. Wyrick shall do her own work. This means that Ms. Wyrick must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Wyrick, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 19th day of January, 2021.

                                                TIMOTHY J. CAVAN  
                                                United States Magistrate Judge