IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD AND GEORGIA HELTERBRAN,<br><br>            Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA,<br><br>            Defendant. | CV 20-184-BLG-TJC<br><br>**ORDER** |

On March 31, 2021, the Court issued an Order to Show Cause why the Court's orders allowing attorneys Dianna C. Wyrick and Robert C. Deegan to appear pro hac vice should not be withdrawn for failure to file acknowledgments of their admission.  (Docs. 25, 26.)  Ms. Wyrick and Mr. Deegan have since and acknowledged their admission as required.  (Docs. 27, 28).  Accordingly, the Court will not revoke Ms. Wyrick or Mr. Deegan's admissions.

DATED this 2nd day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge