IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD AND GEORGIA HELTERBRAN, | CV 20-184-BLG-TJC |
| Plaintiffs, | **ORDER** |
| vs. | |
| HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA, | |
| Defendant. | |

On January 5, 2021, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6.)  (Doc. 7.)  Subsequently, on February 16, 2021, Plaintiffs filed a First Amended Complaint (Doc. 22), which mooted Defendant's Motion to Dismiss.  Accordingly, Defendant's Motion to Dismiss (Doc. 7) is **DENIED as moot**.

DATED this 5th day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge