IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD AND GEORGIA HELTERBRAN,<br><br>              Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA,<br><br>              Defendant. | CV 20-184-BLG-SPW-TJC<br><br>**ORDER** |

     Defendant moves for the admission of Martin J. Bishop to practice before this Court in this case with Daniel J. Auerbach to act as local counsel. (Doc. 33.) Mr. Bishop's application appears to be in order.

     Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Martin J. Bishop pro hac vice is GRANTED on the condition that Mr. Bishop shall do his own work. This means that Mr. Bishop must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bishop, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 27th day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge