IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD AND GEORGIA HELTERBRAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, an Illinois mutual legal reserve company, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA,<br><br>    Defendant. | CV 20-184-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

   Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 40), and good cause appearing,

   IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

   DATED this 27th day of October, 2021.

                _____
                TIMOTHY J. CAVAN
                United States Magistrate Judge